(September 11, 1959)

■ In the Matter of THOMAS J. MACKELL et al., Appellants, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act to review a determination of the Board of Elections

in the City of New York, the appeal is from an order denying the application. Order unanimously affirmed, without costs. (Cf. *Andresen* v. *Rice,* 277 N. Y. 271; *Matter of Ahern* v. *Board of Supervisors of County of Suffolk,* 7 A D 2d 538, affd. 6 N Y 2d 376.) Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.